```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                             Case No. 16-03881-JJT
Robert S. Laspisa                                                  Chapter 13
        Debtor                     CERTIFICATE OF NOTICE
District/off: 0314-5         User: CGambini             Page 1 of 1        Date Rcvd: Jan 12, 2017
                             Form ID: ordsmiss          Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2017.
```
db              Robert S. Laspisa,    199 Belmore Ave,    East Islip, PA  11730-1302
4834957        +Atlantic Propane,    PO Box 3516,    Scranton , PA 18505-0516
4834960        +Jodie Lyn Laspisa,    505 10th Ave,    East North Port, NY 11731-1723
4864891       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,     ATTN: Bankruptcy Department,
                  P.O. Box 619096,    Dallas, TX 75261-9741)
4834961        +Nationstar Mortgage,    PO Box 619098,    Dallas, Texas 75261-9098
4834965        +Suffolk County Redlight,    400 Carelton Ave,    Central Islip, NY 11722-4504
4834966        +Suffolk First District Court,    400 Carleton Ave,    2016SU002563,
                 Central Islip, NY 11722-4504
4834967        +Tranquility Falls POA,    104 Donnelly CT,    Greentown, PA 18426-5068
4834968        +Wayne Memorial Hospital,    601 Park Street,    Honesdale, Pennsylvania 18431-1498
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4834958        +E-mail/Text: banko@berkscredit.com Jan 12 2017 19:28:19      Berks Credit & Col,
                 900 Corporate DR,    Reading, Pennsylvania 19605-3340
4841263        +EDI: AISACG.COM Jan 12 2017 19:18:00      Capital One Auto Finance,
                 c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
4841263        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 12 2017 19:14:49
                 Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 165028,
                 Irving, TX 75016-5028
4834959        +EDI: BLUESTEM Jan 12 2017 19:19:00      Fingerhut/Webbank,    6250 Ridgewood Rd,
                 Saint Cloud, Minnesota 56303-0820
4856198        +EDI: AGFINANCE.COM Jan 12 2017 19:18:00      OneMain,    605 Munn Road,
                 FORT MILL, SC 29715-8421
4834962        +EDI: AGFINANCE.COM Jan 12 2017 19:18:00      OneMain FI,    6801 Colwell Blvd,
                 Irving, Texas 75039-3198
4834963        +EDI: PRA.COM Jan 12 2017 19:18:00      Portfolio Recovery Services,    PO Box 12914,
                 Norfolk, Virginia 23541-0914
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4834964         Suffolk County District Court
cr*            +Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 165028,
                 Irving, TX 75016-5028
                                                                                TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          John F Goryl    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Mark E. Moulton    on behalf of Debtor Robert S. Laspisa markmoulton@moultonslaw.com,
           staff@moultonslaw.com
          Michael J Clark    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Thomas I Puleo    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@goldbecklaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Robert S. Laspisa<br>aka Laspisa S Robert, aka Robert Laspisa<br>**Debtor(s)** | Chapter 13<br>Case No. 5:16−bk−03881−JJT |

## Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: January 12, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: CGambini, Deputy Clerk